# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM B. PEEK,**

            **Plaintiff,**

**-vs-**                                               **Case No. 6:06-cv-1160-Orl-28KRS**

**JOANNE BARNHART, COMMISSIONER**
**OF SOCIAL SECURITY,**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration *sua sponte*. On August 8, 2006, I entered an Order granting Plaintiff William B. Peek leave to proceed *in forma pauperis*. Doc. No. 3. In that Order, I required Peek to complete the necessary summons forms and return them to the Court within fifteen days from the date that the Order was mailed. *Id*. Because Peek did not return completed summons forms to the Court or seek additional time to do so, on December 4, 2006 I entered an Order to Show Cause as to why the case should not be dismissed for failure to prosecute. Doc. No. 5. The Order to Show Cause gave Peek until December 15, 2006 to respond in writing as to why the Complaint should not be dismissed. *Id.*

As of the writing of this Report and Recommendation, Peek has not returned completed summons forms or otherwise responded to the Order to Show Cause.  Accordingly, I respectfully recommend that the case be dismissed without prejudice for failure to prosecute and failure to abide by orders of the Court.  Local Rule 3.10(a); Fed. R. Civ. P. 16(f).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 19, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy