# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM B. PEEK,**

                  **Plaintiff,**

-vs-                                    **Case No. 6:06-cv-1160-Orl-28KRS**

**JOANNE BARNHART, COMMISSIONER OF SOCIAL SECURITY,**

---

## ORDER

This case is before the Court on a report from the United States Magistrate Judge recommending that this case be dismissed without prejudice for failure to prosecute and failure to abide by orders of the Court.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 19, 2006 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is dismissed without prejudice for failure to prosecute and failure to abide by orders of the Court.

3. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___18___ day of January, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party